UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GONZALES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S CORPORATE SERVICES, and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No. 1:17-CV-806-DAD-JLT<br><br>**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT AND CROSS COMPLAINT**<br>**(Doc. 7)** |

　　　The parties have stipulated to allow the plaintiff to file a First Amended Complaint and Macy's West Stores, Inc.'s to file a cross-complaint (attached as Exhibits "A" and "B" to the stipulation.) (Doc. 7) Based upon the stipulation, the Court **ORDERS**:

　　　1.　　The stipulation is **GRANTED**:

　　　2.　　The plaintiff **SHALL** file her first amended complaint and Macy's West Stores **SHALL** file its cross complaint within three court days of this order.

IT IS SO ORDERED.

　　Dated:　__**August 7, 2017**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE