# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GONZALES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S CORPORATE SERVICES, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 1:17-CV-806-DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br>**(Doc. 13)** |

Based upon the stipulation and the need for the newly added party to appear, the mandatory scheduling conference is **CONTINUE** to **October 30, 2017** at 8:30 a.m. The joint report **SHALL** be filed **no later than October 23, 2017**.

IT IS SO ORDERED.

　　Dated: __**August 14, 2017**__　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4838-2227-3613.1

1

**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT AND CROSS-COMPLAINT**