| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON GONZALES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S CORPORATE SERVICES, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 1:17-CV-806-DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br>**(Doc. 31)** |

　　　Based upon the stipulation of the parties and the report that they are to engage in mediation in September, the Court **GRANTS** the stipulation (Doc. 31) to **CONTINUE** the settlement conference to **October 25, 2018** at 9:30 a.m.

IT IS SO ORDERED.

　　Dated: __**August 13, 2018**__　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE