1  LAW OFFICES OF CURTIS FLOYD
   Curtis E. Floyd, State Bar No. 139243
2  curtis@curtisfloyd@.com
3  Mailing Address: P.O. Box 2107
   Bakersfield, CA 93306
4  Physical Address: 903 "H" Street, Suite 200
5  Bakersfield, CA 93306
   Telephone: 310.477.1700
6  Facsimile: 310.477.1699
7
        Attorneys for Plaintiff SHARON GONZALES
8
9  LITTLETON PARK JOYCE UGHETTA & KELLY LLP
   Keith A. Sipprelle, Of Counsel, State Bar No. 143358
10 Kenneth A. Peterson, Of Counsel, State Bar No. 208101
11 keith.sipprelle@littletonpark.com
   ken.peterson@littletonpark.com
12 2945 Townsgate Road, Suite 200
13 Westlake Village, CA 91361
   Telephone: 213.599.8200
14 Facsimile: 213.228.1980
15
        Attorneys for Defendants MAC COSMETICS INC. and
16      ESTEE LAUDER INC.
17
18 Manning & Kass, Ellrod, Ramirez, Trester, LLP.
   Jeffrey M. Lenkov, Esq., State Bar No. 156478
19 Lawrence D. Esten, Esq., State Bar No. 125541
20 801 S. Figueroa Street, 15th Floor
   Los Angeles, CA 90017
21 Telephone: 213.624.6900
22 Facsimile: 213.624.6999
23
        Attorneys for Defendant, MACY'S WEST STORES, INC. [Doe 16, also
24      erroneously sued herein as Macy's Corporate Services, Inc.]

25
## UNITED STATES DISTRICT COURT
26
## EASTERN DISTRICT OF CALIFORNIA
27
28

Case No. 1:17-cv-00806-DAD-JLT

*AMENDED* STIPULATION TO SETTLEMENT CONFERENCE, PRETRIAL
CONFERENCE AND JURY TRIAL; PROPOSED ORDER

| | |
|---|---|
| SHARON GONZALES, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MACY'S WEST STORES, INC.; MAC COSMETICS INC.; ESTEE LAUDER INC.; and Does 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00806-DAD-JLT<br><br>***AMENDED* STIPULATION TO CONTINUE SETTLEMENT CONFERENCE, PRETRIAL CONFERENCE AND JURY TRIAL; ~~PROPOSED~~ ORDER**<br>(Doc. 37) |

TO THE HONORABLE COURT:

This amended Stipulation replaces and supersedes the Stipulation submitted by the parties on December 10, 2018.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the Pretrial Conference, Settlement Conference, and Jury Trial currently scheduled for February 25, 2019, March 1, 2019, and April 23, 2019, respectively, be continued based upon the following Good Cause reasons:

Plaintiff SHARON GONZALES underwent a further surgical procedure on October 25, 2018 to remove the helical nail component of the implant hardware, which has protruded out of the lateral aspect of her hip bone. Ms. Gonzales is scheduled for a post-surgical appointment on December 7, 2018, following which she will undergo 4 – 6 weeks of post-surgical physical therapy. Following the completion of Ms. Gonzales' therapy, the medical records relating to her surgery and therapy will need to be obtained, and the Defendants will need to re-depose Ms. Gonzales regarding issues relating to her surgery and post-surgical physical therapy. Following Ms. Gonzales' deposition, the parties will participate in private mediation before Janet Rubin Fields, Esq. no later than approximately April 29, 2019.

If this matter is not resolved at the mediation, the parties believe that they will be ready to move forward with the Settlement Conference, Pretrial Conference, and

Jury Trial by approximately the following dates:

    Settlement Conference: May 31, 2019

    Pretrial Conference: June 28, 2019

    Jury Trial: August 26, 2019

    ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between all parties that the Settlement Conference, Pretrial Conference and Jury Trial be rescheduled to no earlier than May 31, 2019, June 28, 2019, and August 26, 2019, respectively.

DATED: December 11, 2018

    LAW OFFICES OF CURTIS FLOYD

    By: /s/ Curtis E. Floyd
        Curtis E. Floyd
        Attorneys for for Plaintiff SHARON GONZALES

DATED: December 11, 2018

    LITTLETON PARK JOYCE UGHETTA & KELLY LLP

    By: /s/ Keith A. Sipprelle
        Keith A. Sipprelle
        Attorneys for Defendants MAC COSMETICS INC. and ESTEE LAUDER INC.

| | |
|---|---|
| DATED: December 11, 2018 | MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP. |

By: /s/ Lawrence D. Esten, Esq.
Lawrence D. Esten, Esq.
Attorneys for Defendants MACY'S WEST STORES, INC.

## ~~PROPOSED~~ ORDER

Pursuant to the foregoing amended Stipulation of the parties and good cause appearing, the Court orders that the Settlement Conference, Pretrial Conference and Jury Trial be rescheduled for the following dates:

| | |
|---|---|
| Settlement Conference | Date: June 3, 2019, 9:00 a.m. |
| Pretrial Conference | Date: June 24, 2019, 3:30 p.m. |
| Jury Trial | Date: August 27, 2019, 8:30 a.m. |

IT IS SO ORDERED.

Dated: **December 11, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE