LAW OFFICES OF CURTIS FLOYD
Curtis E. Floyd, State Bar No. 139243
curtis@curtisfloyd@.com
Mailing Address: P.O. Box 2107
Bakersfield, CA 93306
Physical Address: 903 "H" Street, Suite 200
Bakersfield, CA 93306
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff SHARON GONZALES

LITTLETON PARK JOYCE UGHETTA & KELLY LLP
Keith A. Sipprelle, Of Counsel, State Bar No. 143358
Kenneth A. Peterson, Of Counsel, State Bar No. 208101
keith.sipprelle@littletonpark.com
ken.peterson@littletonpark.com
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: 213.599.8200
Facsimile: 213.228.1980

Attorneys for Defendants MAC COSMETICS INC. and
ESTEE LAUDER INC.

Manning & Kass, Ellrod, Ramirez, Trester, LLP.
Jeffrey M. Lenkov, Esq., State Bar No. 156478
Lawrence D. Esten, Esq., State Bar No. 125541
801 S. Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: 213.624.6900
Facsimile: 213.624.6999

Attorneys for Defendant, MACY'S WEST STORES, INC. [Doe 16, also
erroneously sued herein as Macy's Corporate Services, Inc.]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Case No. 1:17-cv-00806-DAD-JLT

FURTHER STIPULATION TO CONTINUE SETTLEMENT CONFERENCE, PRETRIAL
CONFERENCE AND JURY TRIAL; PROPOSED ORDER

| | |
|---|---|
| SHARON GONZALES, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MACY'S WEST STORES, INC.; MAC COSMETICS INC.; ESTEE LAUDER INC.; and Does 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 1:17-cv-00806-DAD-JLT<br><br>**FURTHER STIPULATION TO CONTINUE SETTLEMENT CONFERENCE, PRETRIAL CONFERENCE AND JURY TRIAL; ~~PROPOSED~~ ORDER**<br>(Doc. 39) |

TO THE HONORABLE COURT:

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the Settlement Conference, Pretrial Conference, and Jury Trial currently scheduled for June 3, 2019, June 24, 2019, and August 27, 2019, respectively, be continued for approximately 4 months based upon the following Good Cause reasons:

Plaintiff SHARON GONZALES underwent a further surgical procedure on October 25, 2018 to remove the helical nail component of the implant hardware, which had protruded out of the lateral aspect of her hip bone. Ms. Gonzales is still undergoing post-surgical physical rehabilitation. Ms. Gonzales is not expected to complete her physical therapy until approximately mid-April, 2019. Following the completion of Ms. Gonzales' physical therapy, the medical records relating to her surgery and therapy will need to be obtained, and the Defendants will need to re-depose Ms. Gonzales regarding issues relating to her surgery and post-surgical physical therapy. Following Ms. Gonzales' deposition, the parties will participate in private mediation before Janet Rubin Fields, Esq.

If this matter is not resolved at the mediation, the parties believe that they will be ready to move forward with the Settlement Conference, Pretrial Conference, and Jury Trial by approximately the following dates:

| | |
|---|---|
| 1 | Settlement Conference: October 21, 2019 |
| 2 | Pretrial Conference: November 11, 2019 |
| 3 | Jury Trial: January 14, 2020 |

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between all parties that the Settlement Conference, Pretrial Conference and Jury Trial be rescheduled to October 21, 2019, November 11, 2019, and January 14, 2020, respectively (or to such other dates as are convenient to the Court).

DATED: March 18, 2018

LAW OFFICES OF CURTIS FLOYD

By: /s/ Curtis E. Floyd
Curtis E. Floyd
Attorneys for Plaintiff SHARON GONZALES

DATED: March 18, 2018

LITTLETON PARK JOYCE UGHETTA & KELLY LLP

By: /s/ Keith A. Sipprelle
Keith A. Sipprelle
Attorneys for Defendants MAC COSMETICS INC. and ESTEE LAUDER INC.

| | | |
|---|---|---|
| DATED: March 18, 2018 | | MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP. |

By: /s/ Lawrence D. Esten, Esq.
Lawrence D. Esten, Esq.
Attorneys for Defendants MACY'S WEST STORES, INC.

## ~~PROPOSED~~ ORDER

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1. The settlement conference is continued to **October 15, 2019** at 1:30 p.m.;
2. The pretrial conference is continued to **December 16, 2019** at 3:30 p.m;
3. The trial conference is continued to **February 19, 2020** at 8:30 a.m.

IT IS SO ORDERED.

Dated: **April 9, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE