# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GONZALES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S CORPORATE SERVICES, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00806-DAD-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 43) |

The parties report they had come to terms of settlement. (Doc. 43.) They indicate they will seek dismissal of the action within 30 days. Id. at 1. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than November 15, 2019**; and

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __October 18, 2019__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE